JUAN CRUZ CORTES,

                        Plaintiff,

        v.                                                    Case No. 25-cv-0723-bbc

AL PEARSON et al.,

                        Defendants.

## DECISION AND ORDER

Plaintiff Juan Cruz Cortes is a former inmate at the Brown County Jail who is representing himself in this 42 U.S.C. §1983 action. He is proceeding on various claims against Brown County Jail corrections officers Al Pearson and DJ Smith in connection with the alleged violation of his constitutional rights while he was incarcerated at the jail. On September 11, 2025, the Court entered a scheduling order setting a discovery deadline of February 25, 2026. The Court also extended the parties' time to respond to discovery requests from thirty days to sixty days. The Court clarified that, to be timely, the parties must serve their requests at least sixty days before the deadline to allow the opposing party sufficient time under the rules to respond by the deadline.

Defendants assert that they served discovery request on Cortes on December 23, 2025. His responses were therefore due by February 21, 2026. Although defense counsel appears regularly in §1983 actions and is familiar with the Court's standard scheduling order in these actions, she asserts that she called Cortes and sent him a letter on January 19, 2026, more than a month before his responses were due, to inquire about the outstanding discovery. Defense counsel asserts that Cortes never responded. On February 25, 2026, two days after his responses were due, Defendants filed a motion to compel and to stay the summary judgment deadline, or in the alternative, a motion to dismiss for failure to prosecute. Dkt. No. 18.

On March 10, 2026, Cortes responded to Defendants' motion. He declares under penalty of perjury that he did not receive Defendants' discovery requests until after January 22, 2026 (he does not clarify when he received them). He further states that he is willing to participate in discovery and "became aware of the discovery request through Defendants' February 25, 2026 filing." He states that, at that point, he began to "review[] materials and prepar[e] responses." He also denies that defense counsel contacted him before Defendants filed their motion. He asks for an additional thirty days to respond to Defendants' requests.

The Court will deny Defendants' motion as it appears that Cortes is willing to respond to Defendants' discovery requests. It is unclear why Cortes received Defendants' motion but did not receive the discovery requests or defense counsel's follow-up letter. The Court notes that the certificate of service filed by Defendants does not include Cortes' apartment number. Perhaps the omission of this detail impacted the delivery of the discovery requests and defense counsel's follow-up letter. Defense counsel should make sure she includes Cortes' complete address.

**IT IS THEREFORE ORDERED** that Defendants' motion to compel and stay the summary judgment deadline (Dkt. No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that Cortes must respond to Defendants' discovery requests by **April 10, 2026.**

**IT IS FURTHER ORDERED** that the parties' dispositive motion deadline is extended to **May 11, 2026.**

Dated at Green Bay, Wisconsin this 23rd day of March, 2026.

s/*Byron B. Conway*  
Byron B. Conway  
United States District Judge

2